MEMBERS:

R. MICHAEL SULLIVAN, CHAIR
OWENSBORO

JUDGE JEFF S. TAYLOR
OWENSBORO

JUDGE EDDY COLEMAN
PIKEVILLE

JUDGE KAREN THOMAS
COVINGTON

DR. JOE E. ELLIS
BENTON

JANET LIVELY MCCAULEY
LOUISVILLE

COMMONWEALTH OF KENTUCKY
JUDICIAL CONDUCT COMMISSION
P.O. Box 4266
FRANKFORT, KENTUCKY 40604-4266
PHONE 502-564-1231   FAX 502-564-1233

ALTERNATES:

CARROLL M. "TRIP" REDFORD, III
LEXINGTON

JUDGE GLENN E. ACREE
LEXINGTON

JUDGE MITCH PERRY
LOUISVILLE

JUDGE ELIZABETH A. CHANDLER
CARROLLTON

EXECUTIVE SECRETARY
MS. JIMMY SHAFFER

September 27, 2022

PERSONAL AND CONFIDENTIAL

Joseph M. Fischer
126 Dixie Pl.
Fort Thomas, KY 41075

RE: JCC Case Number 2022-198 and 2022-247

Dear Mr. Fischer:

This is to advise that two complaints have been filed against you with the Judicial Conduct Commission relative to your campaign for Kentucky Supreme Court Justice.

The complaints allege that you have engaged in political or campaign activity inconsistent with the independence, integrity, or impartiality of the judiciary, including publicly identifying yourself as the nominee of the Republican Party and seeking, accepting, and using endorsements from the Republican Party. The complaints further allege that you have made pledges, promises or commitments in connection with cases, controversies, or issues likely to come before the Court – specifically the issue of abortion.

Following consideration and discussion of the complaint, the Commission requests that you file a written response to the allegations. Please submit your response on or before October 24, 2022, by mailing it to the address on this letter.

The Commission has further directed me to invite you to participate in an informal conference during which the Commission would like to discuss the allegations in greater detail. The Commission's meeting is scheduled for October 28, 2022, at 2:00 p.m., EST, in the Keeneland conference room at the Embassy Suites Hotel in Lexington, Kentucky. The hotel is located on Newtown Pike immediately off U.S. I-75/I-64, exit 115. The Keeneland room can be accessed from both the front door of the hotel and the door on the left of the building. If you enter the building from the left side door, the Keeneland room will be to your right before you reach the main desk to the hotel. If you accept this invitation, please arrive on time so the conference may

begin at its scheduled time. Please wait outside the room where the Chairperson will greet you prior to the start of the conference.

The Commission will have reviewed your response prior to the conference, but will typically, ask an attendee to begin with any additional information they would like to add to their response. The remainder of the time is reserved for discussion between the attendee and the Commission members.

Please advise whether you accept this invitation and plan to attend this conference. If you plan to attend and have counsel represent you, please have counsel file a written entry of appearance prior to the conference.

Please contact my office if you have any questions concerning this matter.

Sincerely,

*[signature]*

Ms. Jimmy Shaffer
Executive Secretary