# Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, STE 104
Crestview Hills, KY 41017
(513)257-1895 (cellular)
chris@cwiestlaw.com
*admitted in Kentucky and Ohio

October 3, 2022

Ms. Jimmy Shaffer
By Email Only:
JudicialConductCommission@kycourts.net

Re: *Joseph Fischer*

Dear Ms. Shaffer:

Please allow this correspondence to serve, first, as notice that I will be representing Joe Fischer in relation to the "complaints" filed against him (I also have been engaged to represent the Fischer for Kentucky Supreme Court committee). We understand that, under SCR 4.170(1), the Judicial Conduct Commission ("JCC") has determined that "there is a basis for investigation of a matter" within the jurisdiction of the JCC; or, in other words, that someone has lodged a complaint into conduct that the JCC has determined is a probable violation of the Kentucky Code of Judicial Conduct.

While we understand that the name of the Complainant "shall not be included in the notice" under SCR 4.170(1), the notice provided to Mr. Fischer is vague. It is not clear what, exactly, he is alleged to have done, or what conduct he is alleged to have violated. Any additional context (or perhaps a redacted copy of the Complaints with just the factual basis for same) would be appreciated.

We presume, based on what we can discern from the notice, that the allegations and finding by the JCC of a potential violation stem from his campaign materials that state "Joe Fischer for Kentucky Supreme Court --- the Conservative Republican."

At times, he has utilized the following image, to include an elephant, in his campaign materials:



Earlier this year, Mr. Fischer sought, and obtained, an opinion from the Kentucky Judicial Ethics Committee (Opinion JE-130). In that opinion, Mr. Fischer asked about using the

Republican Party's elephant symbol in his materials, and was told that he could not do so (that doing so would allegedly "render hollow" Kentucky's Constitutional provision on non-partisan elections). So he used a general elephant. But for that opinion, and the JCC's general threat of enforcement, he would have used the Republican Elephant symbol (and still would/will do so). In any event, we presume that his use of the general elephant symbol is also a basis of the complaint and the JCC's action.

We also presume that the complaints and finding from the JCC about allegedly making pledges, promises, and commitments, also stems from his having obtained and his now using in campaign materials, his endorsements from Kentucky Right to Life and Northern Kentucky Right to Life, and his long involvement with both organizations.

We note that Mr. Fischer has <u>never</u>, in the course of his campaign, made a promise or pledge to rule a particular way regarding any particular party, case, or controversy. He has, however, made general statements about issues, and has made broad pledges about his commitment to defending the rule of law, ensuring Kentucky's judicial system effectively serves all citizens of the Commonwealth, has indicated that he will not engage in judicial activism, and has underscored his understanding of the importance of the separation of powers in that it is the duty and responsibility of the legislature to make the laws, the executive to enforce the laws, and the judiciary to interpret the laws.

In fact, when an individual questioned Mr. Fischer on his Facebook about his past and present affiliations with Right to Life groups, this was his response (and is consistent with how he has generally addressed questions about particular issues):



While we note that Mr. Fischer has received the endorsement of various county Republican Party Executive Committees (and partisan elected officials) from within the 6th Supreme Court District, and in the context of his campaign has appeared before various community and political groups to speak about his platform and qualifications, including attending certain Republican Party events on his own behalf, [1] he has not used or sought the endorsements of the Republican Party or partisan elected officials, and you will find nothing to that end of any of his campaign materials (or in any of his public statements).  You may find, however, general references to his having served two decades in the Kentucky House of Representatives, and it is common knowledge that he was a Republican member of that body.

If our understanding set forth above of the factual basis of the JCC's September 27, 2022 correspondence, or any other factual statements is inaccurate, or there are other facts, other than those set forth above, which serve as the basis of the action, please let me know immediately, and in any event not later than 4:00 p.m. Tuesday, October 4, 2022, so that we can address them.

While we are corresponding, I wanted to raise one other issue.

Sincerely,

*Christopher Wiest*

---

[1] In the same vein, we have video of his opponent, Justice Michelle Keller, telling a conservative group that there is no right to an abortion under the Kentucky Constitution; and we have her talk to a Democratic group taking the opposite position.  Justice Keller, for instance, has given speeches to Emerge Kentucky, a Democratic Women's candidate incubation organization, and she has likewise appeared at events sponsored by both the Democratic and Republican parties.