IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY – (Covington)

| | | |
|---|---|---|
| **JOSEPH FISCHER, et. al.** | : | Case No.: 2:22-cv-121-KKC |
| Plaintiffs | : | |
| v. | : | |
| **HON. KAREN THOMAS**, et. al. | : | |
| Defendants | : | |

**DECLARATION OF JOSEPH FISCHER**

Pursuant to 28 U.S.C. §1746, the undersigned Joseph Fischer, makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Joseph Fischer, and I am one of the Plaintiffs in the above captioned matter. I am a candidate for the Kentucky Supreme Court, in the 2022 election.

2. I am aware that the JCC views prompt discontinuation of activities they deem to be violations of the Rules of Judicial Conduct to warrant lesser sanctions.[1]

3. I am also aware that contact with partisan elected officials has drawn enforcement action from the JCC over Rule 4.1(A)(7).[2]

---

[1] *See* 2021 JCC Action: https://kycourts.gov/Courts/JCC%20Actions%20Documents/privatereprimand06142021.pdf (last accessed 10/8/2022).

[2] https://kycourts.gov/Courts/JCC%20Actions%20Documents/2020privatereprimand05262020.pdf (last accessed 10/8/2022).

1

4. A true and accurate copy of the letter I received from the Judicial Conduct Commission ("JCC") earlier this week dated September 27, 2022 is attached as **Exhibit 1** to this Declaration.

5. The 2022 letter indicated that complaints had been filed against me. It first indicated that the complaints alleged that I was "publicly identifying [myself] as the nominee of the Republican Party," which tracks the language of Kentucky Judicial Conduct Rule 4.1(A)(6). It then indicated I was "seeking, accepting, and using endorsements from the Republican Party," which tracks the language of Kentucky Judicial Conduct Rule 4.1(A)(7). It then indicated that I was accused of "making pledges, promises or commitments in connection with cases, controversies, or issues likely to come before the Court - specifically the issue of abortion." That tracks the language of Kentucky Judicial Conduct Rule 4.1(A)(13).

6. As the Verified Amended Complaint indicated, I have used the term "the conservative Republican" to describe myself in campaign literature and signage, and I have utilized an elephant. I have touted my endorsements from Kentucky Right to Life and Northern Kentucky Right to Life in my campaign literature and on the campaign trail and have indicated that I am "Pro Life."

7. People associated with Kentucky Right to Life and Northern Kentucky Right to Life have been erecting my signs, with a "Choose Life" sign next to it.

8. I have received the endorsement of various Republican elected officials and executive committees, but have not sought them, nor have I used them in my campaign. But I decline to disavow them, because I am affiliated with the Republican Party, and I can

think of no effective way to do so in a manner that would not undermine my truthful statement that I am a registered Republican and have been for some time.

9. The September 27, 2022 JCC letter, at **Exhibit 1**, indicated that the JCC had considered and discussed the complaint lodged against me, and it "request[ed]" that I submit a response. The September 27, 2022 JCC letter, at **Exhibit 1**, went further in that it "invited" me to "to participate in an informal conference during which the Commission would like to discuss the allegations in greater detail." That correspondence likewise indicated that "[i]f you plan to attend and have counsel represent you, please have counsel file a written entry of appearance."

10. I do not view it as an option but instead a mandatory requirement. I likewise view the statement about the appearance of counsel, and the need of any such attorney to enter a formal "entry of appearance" to denote something more than an informal "discussion" with the JCC, but instead the predicate to the institution of formal charges.

11. I find significant that this JCC correspondence came in the month prior to the 2022 General Election. The JCC could have held the complaints and its correspondence directed to me, until after the election, rather than to inject itself into an impending election process. I think it was and is designed to put me into a Hobson's choice: discontinue protected speech, or lose the benefit of immediately ceasing activities for a reduced penalty later. In light of this correspondence, I am considering whether it is appropriate to pull my signage, which denotes that I am "the conservative Republican," all over the 6th Supreme Court District, which I suspect was and is the desired result of all of this.

12. I subjectively (and I would say objectively) view the letter in question as a credible threat of impending enforcement.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on __Oct. 8__, 2022.

Joseph Fischer

MEMBERS:

R. MICHAEL SULLIVAN, CHAIR
OWENSBORO

JUDGE JEFF S. TAYLOR
OWENSBORO

JUDGE EDDY COLEMAN
PIKEVILLE

JUDGE KAREN THOMAS
COVINGTON

DR. JOE E. ELLIS
BENTON

JANET LIVELY MCCAULEY
LOUISVILLE

COMMONWEALTH OF KENTUCKY
JUDICIAL CONDUCT COMMISSION
P.O. BOX 4266
FRANKFORT, KENTUCKY 40604-4266
PHONE 502-564-1231  FAX 502-564-1233

ALTERNATES:

CARROLL M. "TRIP" REDFORD, III
LEXINGTON

JUDGE GLENN E. ACREE
LEXINGTON

JUDGE MITCH PERRY
LOUISVILLE

JUDGE ELIZABETH A. CHANDLER
CARROLLTON

EXECUTIVE SECRETARY
MS. JIMMY SHAFFER

September 27, 2022

PERSONAL AND CONFIDENTIAL

Joseph M. Fischer
126 Dixie Pl.
Fort Thomas, KY 41075

RE:  JCC Case Number 2022-198 and 2022-247

Dear Mr. Fischer:

This is to advise that two complaints have been filed against you with the Judicial Conduct Commission relative to your campaign for Kentucky Supreme Court Justice.

The complaints allege that you have engaged in political or campaign activity inconsistent with the independence, integrity, or impartiality of the judiciary, including publicly identifying yourself as the nominee of the Republican Party and seeking, accepting, and using endorsements from the Republican Party. The complaints further allege that you have made pledges, promises or commitments in connection with cases, controversies, or issues likely to come before the Court – specifically the issue of abortion.

Following consideration and discussion of the complaint, the Commission requests that you file a written response to the allegations. Please submit your response on or before October 24, 2022, by mailing it to the address on this letter.

The Commission has further directed me to invite you to participate in an informal conference during which the Commission would like to discuss the allegations in greater detail. The Commission's meeting is scheduled for October 28, 2022, at 2:00 p.m., EST, in the Keeneland conference room at the Embassy Suites Hotel in Lexington, Kentucky. The hotel is located on Newtown Pike immediately off U.S. I-75/I-64, exit 115. The Keeneland room can be accessed from both the front door of the hotel and the door on the left of the building. If you enter the building from the left side door, the Keeneland room will be to your right before you reach the main desk to the hotel. If you accept this invitation, please arrive on time so the conference may

begin at its scheduled time. Please wait outside the room where the Chairperson will greet you prior to the start of the conference.

The Commission will have reviewed your response prior to the conference, but will typically, ask an attendee to begin with any additional information they would like to add to their response. The remainder of the time is reserved for discussion between the attendee and the Commission members.

Please advise whether you accept this invitation and plan to attend this conference. If you plan to attend and have counsel represent you, please have counsel file a written entry of appearance prior to the conference.

Please contact my office if you have any questions concerning this matter.

Sincerely,

Ms. Jimmy Shaffer
Executive Secretary